UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

JUAN C. LOPEZ BANUELOS, et al.,

    Defendants.

_____/

No. C 12-2244 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiff's Application for Default Judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: February 1, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge