**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

JUAN C. LOPEZ BANUELOS, et al.,

        Defendants.

_____/

No. C 12-2244 PJH

**JUDGMENT**

    The court having granted plaintiff's motion for default judgment,

    It is Ordered and Adjudged

    that plaintiff J&J Sports Productions, Inc., recover from defendant Juan C. Lopez Banuelos, individually and doing business as El Kora Restaurant, the sum of $6,000 in statutory damages; and the sum of $4,200 in damages for its conversion claim, as set forth in this court's order dated March 27, 2013.

    **IT IS SO ORDERED.**

Dated:  March 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge