United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,                         No. C 12-2244 PJH

        v.                             **JUDGMENT**

JUAN C. LOPEZ BANUELOS, et al.,

        Defendants.

_____/

The court having granted plaintiff's motion for default judgment,

It is Ordered and Adjudged

that plaintiff J&J Sports Productions, Inc., recover from defendant Juan C. Lopez

Banuelos, individually and doing business as El Kora Restaurant, the sum of $6,000 in

statutory damages; and the sum of $4,200 in damages for its conversion claim, as set forth

in this court's order dated March 27, 2013.

**IT IS SO ORDERED.**

Dated:  March 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge